**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| DORIS SCHLEICHER, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 4:23-cv-01431-SRC |
| v. | ) ) | |
| API FINANCIAL SOLUTIONS, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT API FINANCIAL SOLUTIONS, INC.'S
MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

COMES NOW Defendant API Financial Solutions, Inc., by and through undersigned counsel, and, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), hereby moves to dismiss Plaintiff's Class Action Complaint. ECF No. 1. The grounds for this Motion are set forth in the accompanying Memorandum of Law in Support.

WHEREFORE, Defendant API Financial Solutions, Inc. respectfully requests that this Court grant its Motion to Dismiss Plaintiff's Class Action Complaint and enter an Order dismissing the Complaint with prejudice, and for any additional relief the Court deems appropriate under the circumstances.

Date: February 20, 2024

Respectfully submitted,

Lewis Brisbois Bisgaard & Smith LLP

By: /s/ Tracy J. Cowan
    Tracy Jonathan Cowan (MO #40229)
    Benjamin J. Coudret (MO #70008)
    100 South Fourth Street, Suite 500
    St. Louis, Missouri 63102
    (314) 685-8346 - Phone
    (314) 685-8347 – Facsimile
    Tracy.Cowan@lewisbrisbois.com
    Benjamin.Coudret@lewisbrisbois.com

*Attorneys for Defendant*
*API Financial Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of the United States District Court, Eastern District of Missouri, Eastern Division, using the CM/ECF system on the 20th day of February, 2024.

    /s/ Tracy J. Cowan