# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DORIS SCHLEICHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>VS.<br><br>API FINANCIAL SOLUTIONS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:23-cv-01431-SRC |

## NOTICE OF SETTLEMENT

Plaintiff Doris Schleicher hereby notifies the Court that the parties have reached an agreement, in principle, to fully resolve all claims in this case, including all claims affecting the putative class. The parties anticipate Plaintiff will file a motion for preliminary approval of the settlement no later than Friday, July 12, 2024.

                                              Respectfully Submitted,

Dated: May 14, 2024

                                              */s/ Michael D. Pospisil*
Michael D. Pospisil #49139MO
Pospisil Swift LLC
1600 Genessee St., Ste. 340
Kansas City, Missouri 64102
Tel: (816) 895-6440
Fax: (816) 895-9161
mts@pslawkc.com
mdp@pslawkc.com

Mason A. Barney (*pro hac vice* to be filed)
Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
*mbarney@sirillp.com*
*tbean@sirillp.com*

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2024, I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

*/s/ Michael D. Pospisil*
Michael D. Pospisil #49139MO