# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DORIS SCHLEICHER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>API FINANCIAL SOLUTIONS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 4:23-cv-01431-SRC |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(e) and (g), Plaintiff respectfully moves this Court for an order granting final approval of the Settlement Agreement previously submitted to the Court (ECF No. 41-1). Through this Motion, Plaintiff seeks entry of an order and final judgment in a form as proposed by the Parties and submitted to the Court herewith, ruling and ordering that, among other things: (i) the Settlement of this action on a class-wide basis, as set forth in the Settlement Agreement, is fair, reasonable, and adequate and is the product of extensive arm's-length negotiations between the Parties; (ii) the Settlement Class is certified pursuant to Fed. R. Civ. P. 23(a) and (b)(3) for purposes of settlement; (iii) Mason A. Barney and Tyler J. Bean of Siri & Glimstad LLP are appointed as Class Counsel, and Plaintiff Doris Schleicher is appointed as the Class Representative; (iv) notice to the Settlement Class was adequate and reasonable, satisfied all of the requirements of Fed. R. Civ. P. Rule 23(c)(2)(B) and (e)(B), due process, and constituted the best notice practicable under the circumstances; (v) the Parties may proceed to effectuate the Settlement in accordance with the terms and conditions of the Settlement Agreement, including the release of the Released Claims; (vi) Plaintiff's and Class Counsel's request for $152,500.00 in attorney's fees, $602.89 in expense

1

reimbursement, and $5,000 as a service award to Plaintiff, is granted; and (vii) this Action, including all of the claims asserted herein, is dismissed with prejudice.

This Motion is based on a supporting memorandum of law, affidavits, and such other submissions as this Court may require. Based on the foregoing, Plaintiff respectfully asks this Court to grant her Motion and order such relief as this Court deems just and proper.

DATE: January 14, 2025                                    Respectfully Submitted,

/s/   *Michael D. Pospisil*
Michael D. Pospisil #49139MO
**Pospisil Swift LLC**
1600 Genessee St., Ste. 340
Kansas City, Missouri 64102
Tel: (816) 895-6440
Fax: (816) 895-9161
mts@pslawkc.com
mdp@pslawkc.com

Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (646) 357-1732
mbarney@sirillp.com
tbean@sirillp.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 14, 2025, I caused to be filed and served a true and correct copy of the foregoing document using the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all counsel of record registered to receive ECF Notices.

/s/ *Michael D. Pospisil*
Michael D. Pospisil #49139MO

-